171 A.3d 619

# WOOLRIDGE

v.

# ABRISHAMI

**Pet. Docket No. 251, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Reported below: 233 Md.App. 278, 163 A.3d 850.

Petition for writ of certiorari denied.

171 A.3d 619

# YAN

v.

# HILL

**Pet. Docket No. 249, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

(No. 03–C–17–001086, Circuit Court for Baltimore County.)

Petition for writ of certiorari denied.